UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

This Document Relates To:

*Michelle Criswell, et al. v. Bayer Corporation, et al.*   No. 12-cv-10850-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Stipulations of Dismissal filed on June 19, 2014, February 19, 2015, March 12, 2015, and December 22, 2014 (MDL 2100 Doc. 3586), the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
Deputy Clerk

Date: March 13, 2015

APPROVED:   Digitally signed by David R. Herndon
Date: 2015.03.13 09:55:36 -05'00'

DISTRICT JUDGE
U. S. DISTRICT COURT